USA NO. 2000Z00009

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0231 |
| DONNA K. AUSTIN | * | SECTION: "B" (3) |

\*   \*   \*

## MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Donna K. Austin due to her failure to plead or otherwise defend as set forth below.

1.  On March 22, 2000, the defendant was served with a summons and copy of the complaint.

2.  More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY
APR 1 4 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 3

- 2 -

    Accordingly, a default should be entered against Donna K. Austin due to her failure to plead or otherwise defend.

                                            Respectfully submitted,

                                            EDDIE J. JORDAN, JR.
                                            UNITED STATES ATTORNEY

                                            ENEID A. FRANCIS
                                            Assistant United States Attorney
                                            Bar Roll No. 5816
                                            Hale Boggs Federal Building
                                            501 Magazine Street, 2nd Floor
                                            New Orleans, Louisiana 70130
                                            Telephone:  (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0231 |
| DONNA K. AUSTIN | * | SECTION: "B" (3) |
| * * | * | |

O R D E R

IT IS HEREBY ORDERED that a default be entered against Donna K. Austin due to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 14th day of April, 2000.

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT

By _Audry E. Steward_
Deputy Clerk