# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2000 APR 14 P 4: 20

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0231 |
| DONNA K. AUSTIN | * | SECTION: "B" (3) |
| | * * * | |

## J U D G M E N T

Defendant, Donna K. Austin, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Donna K. Austin according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Donna K. Austin in the sum of $5,237.58, interest accruing on the principal amount at the rate of 8 percent per annum or the daily rate of $0.57 from December 27, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this _14th_ day of _April_, 2000.

LORETTA G. WHYTE, Clerk

CLERK, UNITED STATES DISTRICT COURT

DATE OF ENTRY
APR 1 4 2000

By _Audrey E. Steward_
Deputy Clerk

Fee_____
Process____
X /Dktd_____
__CtRmDep___
Doc. No._____