```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2000 NOV -2  PM 2: 58

                                       LORETTA G. WHYTE
                                             CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**November 2, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| **VERSUS** | * | NO: 00-0231 |
| **DONNA K. AUSTIN** | * | SECTION: "B"(3) |

### HEARING ON MOTIONS

**APPEARANCE(S):** VIA TELEPHONE: Ms. Whi'Sheika Chissell, Debt Collection Agent, United States Attorney's Office

**MOTION(S):**

(1)   MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Whi'Sheika Chissell, Debt Collection Agent, United States Attorney's Office called to inform the court that the United States Marshals Service has been unable to serve Ms. Austin, but will try at a later date. Ms. Chissell indicated that the judgment debtor motion set for hearing before the Magistrate Judge on November 8, 2000, at 11:00 a.m. is moot. Accordingly, the motion is **DISMISSED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
NOV 0 3 2000

Fee_____
Process_____
X /Dktd_____
____CtRmDep
Doc.No._____